IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:99-CR-110-TWT |
| PRESBITERIO DEL RIO, a/k/a Juan Torres, a/k/a Mon, a/k/a Hisabilita Ramo, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 164] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 161]. For the reasons set forth in the Report and Recommendation, this is a successive Motion to Vacate Sentence which requires permission from the Court of Appeals to be filed. The Defendant's Objections to the Magistrate Judge considering the motion for a Report and Recommendation and his recommendation of denying a Certificate of Appealability are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 161] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 5 day of August, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge